## JACKSON V. THE STATE.
### Crime.
(Decided April 10th, 1906.  40 So. Rep. 1037.)

APPEAL from Perry Circuit Court.
Heard before HON. J. C. RICHARDSON.
T. P. DAUGHDRILL, for appellant.
MASSEY WILSON, Attorney General, for State.
Per curiam.
Affirmed.

---

## L. & N. R. R. CO. V. CRABTREE.
### Damages for Death of Intestate.
(Decided April 3rd, 1906.  40 So. Rep. 1037.)

APPEAL from Cullman Circuit Court.
Heard before HON. OCEOLA KYLE.
J. M. FALKNER, GEO. W. JONES and GEO. H. PARKER, for appellant.
J. B. BROWN, for appellee.
Per curiam.—Appeal dismissed upon the authority of *Hammond v. L. & N. R. R. Co.*

---

## L. & N. R. R. CO. V. DEER.
### Garnishment.
(Decided April 16th, 1906.  40 So. Rep. 1037.)

APPEAL from Montgomery City Court.
Heard before HON. A. D. SAYRE.
GEO. W. JONES, for appellant.
W. F. HERBERT, for appellee.
Per curiam.—The judgment of this cause having been reversed on an appeal to the supreme court of the United States the judgment of the city court is reversed and annulled and the cause remanded.

---

## MOBILE LUMBER CO. V. SAVAGE & MORRIS CO.
### Damages.
(Decided Feb. 8th, 1906.  40 So. Rep. 1037.)

APPEAL from Mobile Circuit Court.
Heard before HON. WILLIAM S. ANDERSON.
GREGORY L. & H. T. SMITH, for appellant.
PILLANS, HANAW & PILLANS, for appellee.
Per curiam.
Appeal abated.